902 P.2d 976

# SUPREME COURT OF HAWAIʻI

| | | | |
|---|---|---|---|
| State v. Partington | 17962 | 9/05/95 | Affirmed |
| State v. Carr | 18307 | 9/05/95 | Affirmed |
| State v. Campbell | 17766 | 9/05/95 | Affirmed |
| Chasteen v. Chun | 16891 | 9/06/95 | Affirmed |
| Okazaki v. Namuo | 17241 | 9/08/95 | Reversed |
| State v. Yu | 17103 | 9/08/95 | Affirmed |
| State v. Akahi | 18218 | 9/11/95 | Affirmed |
| State v. Kamai | 17710, 18099, 18122 | 9/11/95 | Affirmed |
| Moche v. Tanaka | 17190 | 9/12/95 | Affirmed |

| | | | | |
|---|---|---|---|---|
| State v. Higa | 17737 | 6/13/95 | Denied | 79 Hawaiʻi 1 897 P.2d 928 |
| GECC Financial Corp. v. Jaffarian | 16397 | 8/31/95 | Granted | 79 Hawaiʻi 516 904 P.2d 530 |
| State v. Mason | 16661 | 7/13/95 | Denied | 79 Hawaiʻi 175 900 P.2d 172 |
| State v. Navas | 16695 | 6/23/95 | Granted | —— P.2d —— 1995 WL 329587 |
| State v. Suka | 16500 | 8/31/95 | Denied | 79 Hawaiʻi 293 901 P.2d 1272 |
| State v. Veniegas | 17302 | 8/28/95 | Granted | 80 Hawaiʻi 75 905 P.2d 50 |
| Turner v. State | 16631 | 7/7/95 | Denied | 79 Hawaiʻi 118 899 P.2d 401 |